OCTOBER 7, 1963

Reap. Dec. 10599.—Stanley Weiner *v*. United States, Entered at Chicago, Ill. Reap. Dec. 10572. Motion by plaintiff.

OCTOBER 8, 1963

Reap. Dec. 10600.—The Hoenig Plywood Corporation *v*. United States, Entered at New York, N.Y. Reap. Dec. 10569. Motion by plaintiff.